1   **WO**

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6                  FOR THE DISTRICT OF ARIZONA

7

8   Charles Okonkwo,                    )    No. CV-08-00633-PHX-LOA
                                        )
9              Plaintiff,               )    **NOTICE OF ASSIGNMENT**
                                        )    **AND ORDER**
10  vs.                                 )
                                        )
11  Glendale Union High School District, et)
    al.,                                )
12                                      )
               Defendants.              )
13  _____)

14

15          Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective

16  December 1, 2007, all civil cases are, and will be, randomly assigned to a U.S. district

17  judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.

18  Magistrate Judge.

19          As a result of the aforesaid Local Rule, if all parties consent in writing, the

20  case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for

21  all purposes, including trial and final entry of judgment. If any party chooses the district

22  judge option, the case will be randomly reassigned to a U.S. district judge.  To either

23  consent  to the assigned magistrate judge or to elect to have the case heard before a

24  district judge, the appropriate section of the form, entitled Consent To Exercise Of

25  Jurisdiction By United  States Magistrate Judge[1], must be completed, signed and filed.

26  _____

27          [1]The consent/election form may be obtained directly from the Clerk of the Court or
    by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the
28  consent/election form on the District's web site, click on "Local Rules" at the top of the page,

1   The party filing the case or removing it to this Court is responsible for serving all parties
2   with the consent forms. Each party must file a completed consent form and certificate of
3   service with the Clerk of the Court not later than 20 days after entry of appearance, and
4   must serve a copy by mail or hand delivery upon all parties of record in the case.

5          Any party is free to withhold consent to magistrate judge jurisdiction
6   without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*
7   *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
8   consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c). "A
9   party to a federal civil case has, subject to some exceptions, a constitutional right to
10  proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
11  (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
12  (9th Cir. 1984) (*en banc*)).

13         A review of the Court's file indicates that Defendants Glendale Union High
14  School District, Michael Fowler, Linda Rossness, Jennifer Johnson, Warren Jacobson,
15  Marrie Kerwin, Vicki Johnson, Kevin Clayborn, Steve Burke, Kathy Jacka and Donna
16  Stout filed a Notice of Removal on April 2, 2008.

17         Defendants Glendale Union High School District, Michael Fowler, Linda
18  Rossness, Jennifer Johnson, Warren Jacobson, Marrie Kerwin, Vicki Johnson, Kevin
19  Clayborn, Steve Burke, Kathy Jacka and Donna Stout  shall have until **April 25, 2008**,
20  within which to make their selections to either consent to magistrate judge jurisdiction or
21  elect to proceed before a   U. S. district judge.  The Court's docket reflects the
22  appropriate consent form was electronically transmitted to defense counsel and mailed to
23  Plaintiff on April 3, 2008 by the Clerk's office.

24         Accordingly,

25

26

27  ───────────────

28  then click on "forms" on the left side of the page and then click on and print the appropriate
    form.

1     **IT IS ORDERED** the Defendants Glendale Union High School District,

2    Michael Fowler, Linda Rossness, Jennifer Johnson, Warren Jacobson, Marrie Kerwin,

3    Vicki Johnson, Kevin Clayborn, Steve Burke, Kathy Jacka and Donna Stout shall each

4    file on or before **April 25, 2008** their written elections to either consent to magistrate

5    judge jurisdiction or elect to proceed before a United States district judge.

6        **IT IS FURTHER ORDERED** that Plaintiff shall either consent to proceed

7    before a magistrate judge or elect  to proceed before a district judge by **April 25, 2008**.

8        **IT IS FURTHER ORDERED** that counsel and any party, if

9    unrepresented, shall hereinafter comply with the Rules of Practice for the United States

10    District Court for the District of Arizona, as amended on December 1, 2007.   The

11    District's Rules of Practice may be found on the District Court's internet web page at

12    www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The

13    fact that a party is acting pro se does not discharge this party's duties to "abide by the

14    rules of the court in which he litigates."  *Carter v. Commissioner of Internal Revenue*, 784

15    F.2d 1006, 1008 (9th Cir. 1986).

16        **IT IS FURTHER ORDERED** that counsel and any party, if

17    unrepresented, shall use the above caption, number and initials until further order of the

18    Court.

19        DATED this 7th day of April, 2008.

20

21

22                Lawrence O. Anderson
                 United States Magistrate Judge

23

24

25

26

27

28