**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Okonkwo, | No. CV-08-00633-PHX-MHM |
| Plaintiff, | **ORDER** |
| v. | |
| Glendale Union High School District, et al., | |
| Defendants | |

The Court has received and considered Plaintiff's Motion to Continue Settlement Conference, docket #32, set for Wednesday, November 19, 2008. The Court has confirmed with defense counsel there is no objection to Plaintiff's Motion.

For good cause shown and after consulting all parties calendars,

**IT IS ORDERED continuing** the Settlement Conference from Wednesday, November 19, 2008 at 2:00 p.m. to **Friday, December 5, 2008 at 2:00 p.m.** before the undersigned.

/ / /

/ / /

**IT IS FURTHER ORDERED affirming** all other orders contained in the undersigned's Settlement Conference Order, docket #21, **except** for the date and time of said settlement conference.

DATED this 18th day of November, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge