# EXHIBIT 1

**Craiger, Emily M.**

REDACTED

**From:** Craiger, Emily M.
**Sent:** Friday, October 31, 2008 4:02 PM
**To:** charles okonkwo
**Subject:** Revised Settlement Demand

Charles:

Per our conversation this afternoon, I have agreed to give you an extension to close of business on Monday, November 2, 2008, to provide a revised settlement demand.  As I stated, per the Court's order your deadline to provide this was October 30, 2008.  If you do not provide a revised demand on Monday, our client will be left with no choice but to advise the Court that we believe a settlement conference will be futile.

Thank You, Emily Craiger

# EXHIBIT 2

**Craiger, Emily M.**

REDACTED

**From:** Craiger, Emily M.
**Sent:** Friday, November 07, 2008 5:25 PM
**To:** charles okonkwo
**Subject:** RE: settlement agreement - for settlement purposes only

Charles:

We have reviewed your demand below and shared it with our client.  As we indicated to you before, there is no basis under the law for the terms you propose to settle this matter.   First and foremost, your contract with the District was not renewed because of your well-documented poor performance.  You were counseled and given several opportunities to improve, but you failed to do so.  In addition, your contract was not renewed consistent with Arizona law and the terms of your agreement.  There is absolutely no evidence that your termination was motivated by your race or any other illegal basis, as evidenced by the EEOC's dismissal of your charge. Accordingly, the District is confident that if you chose to pursue this matter further, it will be successful in getting your case dismissed on summary judgment.

Moreover, even if this case were to proceed to trial and you were successful, you have not suffered any actual damages as a result of the District's actions.  Indeed, you were not entitled to renewal under your contract.  Notwithstanding these issues, in order to resolve this matter quickly and without incurring additional unnecessary fees, the District is willing to offer you              . this time in exchange for a dismissal of this suit and a release of all other potential claims.

Please let me know if you are willing to accept this amount to resolve this matter and I will send you a settlement agreement and release for your review.

Regards, Emily Craiger

**From:** charles okonkwo [mailto:charles_okonkwo_99@yahoo.com]
**Sent:** Monday, November 03, 2008 3:41 PM
**To:** Craiger, Emily M.
**Subject:** settlement agreement

----- Forwarded Message ----
**From:** charles okonkwo <charles_okonkwo_99@yahoo.com>
**To:** Emily M. Craiger <ECraiger@littler.com>
**Cc:** charles_okonkwo_99@yahoo.com
**Sent:** Monday, November 3, 2008 3:39:12 PM
**Subject:**

11-03-08

Atorney Emily Craiger,

You will find below the exact settlement agreement I sent you in June 2008.

## SETTLEMENT PROPOSAL BY CHARLES OKONKWO

In order to settle this case, I am proposing for the following:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Attorney Craiger,

You did not like the above proposal and you told me on Friday 10-31-2008 to provide you another proposal.

12/19/2008

As a result, I have a new proposal below:

### NEW  SETTLEMENT PROPOSAL BY CHARLES OKONKWO

In order to settle this case, I am proposing for the following:

I have very good reasons for making the above proposal.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
11-03-08

Attorney Craiger,

Now that I have given you a second proposal, it seems reasonable that you should give a counter proposal.
I believe we should negotiate this agreement in good faith. I should not have to continue bidding down my demand.
If you are serious about settlement, then you should be willing to to give me a counter.

Thank you for your cooperation.

Charles Okonkwo

12/19/2008

# EXHIBIT 3

REDACTED

**Craiger, Emily M.**

---

**From:** Craiger, Emily M.
**Sent:** Thursday, November 13, 2008 1:39 PM
**To:** charles okonkwo
**Subject:** RE: SETTLEMENT CONFERENCE DATE POSTPONEMENT - - Charles Okonkwo

Charles:

I just tried to return your call and left a message.  We do not have any problem with you requesting to postpone the settlement conference.  However, it was Court ordered so you will have to make this request to the Settlement Conference Judge.  Until he orders that it be postponed, we have to attend.  Let me know how you would like to proceed.

Regards, Emily Craiger

---

**From:** charles okonkwo [mailto:charles_okonkwo_99@yahoo.com]
**Sent:** Thursday, November 13, 2008 1:33 PM
**To:** Craiger, Emily M.
**Subject:** SETTLEMENT CONFERENCE DATE POSTPONEMENT - - Charles Okonkwo

11-13-08

Attorney Emily Craiger,

Due to some important personal issue, I would like to postpone the Settlement Conference date.

Thank you for your cooperation.

Charles Okonkwo.
480-839-1534

12/19/2008

# EXHIBIT 4

J. Greg Coulter; AZ Bar No. 016890
gcoulter@littler.com
Emily M. Craiger, AZ Bar No. 021728
ecraiger@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Okonkwo, | Case No. CV 08-00633 PHX-MHM |
| Plaintiff, | **DECLARATION OF J. GREG COULTER IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS** |
| v. | |
| Glendale Union High School District, et al., | |
| Defendants. | |

1.    I, J. Greg Coulter, am a Shareholder in Littler Mendelson's Phoenix office.  I am the lead attorney for Defendants in this litigation.

2.    I have reviewed Littler Mendelson's billing records for this matter from October 2008 to December 2008.

3.    During that time period, Emily Craiger, an associate in our office, and I devoted significant time and effort to preparing for the Settlement Conference in this matter. Defendants incurred attorneys' fees in the amount of $3,958.50, preparing for the Settlement Conference.

4.    I devoted a total of 4.1 hours to preparing for the settlement conference and preparing Defendants' Motion for Sanctions.  My billing rate[1] is $185.00 for a total of

---

[1] Defendants, a Public School District and its administrators, teachers and board members, have a negotiated rate that is significantly lower than the billing rate normally charged by myself and Ms. Craiger.

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602 474 3600

1 | $758.50.

2 | 5.    Associate Emily Craiger devoted a total of 20 hours to preparing for the

3 | settlement conference and preparing Defendants' Motion for Sanctions. Her billing rate is

4 | $160 per hour for a total of $3,200.00.

5 | 6.    The legal work done during this time was reasonable and necessary to prepare

6 | for the Settlement Conference.

7 | I declare, under penalty of perjury, that the information set forth in this Declaration is

8 | true and correct.

9

10 |                                          J. Greg Coulter

11 | Firmwide:87828734.1 057229.1002

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600